UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9421 FMO | Date | February 10, 2023 |
|---|---|---|---|
| Title | In Re Debtor Hologenix, LLC (BK Case No. 20-13849 BR) | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present                                   None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Consolidation of Actions

In its Notice of Related Cases (Dkt. 12, "Notice"), appellant Multiple Energy Technologies, LLC asserts that the above-captioned case "arise[s] from the same or closely related transactions, happenings or events, [and] call[s] for determination of the same or substantially related or similar questions of fact," as the three earlier-filed appeals[1] arising directly from debtor Hologenix, LLC's Chapter 11 bankruptcy petition (Bankruptcy Case No. 20-13849 BR). (See Dkt. 12, Notice at 3). The court previously consolidated the three earlier-filed actions and designated Case No. CV 22-7510 as the lead case. (See Case No. CV 22-7510, Dkt. 22, Court's Order of December 29, 2022).

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"  Fed. R. Civ. P. 42(a)(2).  The court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." Huene v. United States, 743 F.2d 703, 704 (9th Cir.), on reh'g, 753 F.2d 1081 (9th Cir. 1984).  "A district court generally has 'broad' discretion to consolidate actions[.]" Pierce v. Cty. of Orange, 526 F.3d 1190, 1203 (9th Cir. 2008).

Accordingly, IT IS ORDERED that, no later than **February 17, 2023**, the parties shall file either a stipulation or response, not to exceed five pages, to the Order to Show Cause why this action should not be consolidated with Case No. 22-7510.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | gga |

---

[1] The three appeals are In re Hologenix, LLC, CV 22-7510 (C.D. Cal.), In re Hologenix, LLC, CV 22-7521 (C.D. Cal.), and In re Hologenix, LLC, CV 22-7522 (C.D. Cal.), each of which were filed on October 14, 2022.  The court previously vacated and remanded the Bankruptcy Court's orders in the underlying bankruptcy proceeding in related case In re Hologenix, LLC, CV 20-10109 (C.D. Cal.).